# Exhibit A

## DECLARATION OF ANTHONY YBARRA

1. My name is Anthony Ybarra. I worked for Quality Life Services, LLC (QLS), April Licon, and Sally Chavez until December 2022.

2. I signed a Consent to Sue and a Declaration on behalf of Jorge Golden in the lawsuit, *Jorge Golden v. Quality Life Services, LLC et al.*

3. I now wish to be a Named Plaintiff or Claims Representative.

4. Details about my work history with Defendants in this case are in my Declaration which I signed on December 17, 2022.

5. I understand the full extent of the duties of a Named Plaintiff.

6. I am willing to represent other people with similar claims because I believe that everyone has been harmed by Defendants in a similar way. I will work hard to be fair and protect the interests of all people who have been harmed in a similar way to me.

7. I understand that as a Named Plaintiff, along with other Named Plaintiffs, I must consider the interests of the class or collective.

8. I agree that I may be asked to participate actively in the case and in discovery on behalf of all people who were harmed as I was.

9. I agree that I will be bound by the representation agreement and will do so on behalf of all people who have been harmed in a similar way.

10. I agree that I will work in coordination with all other Named Plaintiffs to conduct my duties.

11. I do not have any conflict or issues with anyone who may be a class or collective action member in this class.

Page | 2

Executed on 02 / 23 / 2023 .

_____
ANTHONY YBARRA

Doc ID: 829b49912d4403cffe1d0c20a4fde575ebdc570a