UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JORGE GOLDEN, *individually and on*
*behalf of all others similarly situated*, and
ANTHONY YBARRA,

      Plaintiffs,

v.                                                                                          Civ. No. 22-579 GJF/GBW

QUALITY LIFE SERVICES, LLC,
SALLY CHAVEZ, and APRIL LICON,

      Defendants.

## ORDER APPROVING FLSA CLASS NOTICE

THIS MATTER is before the Court on Plaintiffs' unopposed request, submitted via email on May 10, 2023.  This Court's Order [ECF 52] states that Plaintiffs "must provide an FLSA-specific draft notice that is in fact 'substantially similar' to Exhibit N, and . . . Defendants may still lodge objections to the content of that proposed notice, but only insofar as it materially differs from Exhibit N."  ECF 52 at 29–30.  Plaintiffs state that they have finalized a class notice that incorporates several changes proposed by Defendants.  The parties note that Defendants are not opposed to the draft notice in its current form, attached here.

**IT IS THEREFORE ORDERED** that the attached draft notice is **APPROVED** for dissemination to the collective's putative members as set forth in ECF 52.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*