IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE GOLDEN, *individually and*
*on behalf of all others similarly situated*,
and ANTHONY YBARRA,

    Plaintiffs,

v.                                                                                Civ. No. 22-579 GJF/GBW

QUALITY LIFE SERVICES, LLC, *et al.*,

    Defendants.

## **ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

THIS MATTER is before the Court upon Defendants' Motion for Reconsideration ("Motion"). *See doc. 115*. Defendants request that the Court reconsider its decision in the September 14, 2023, Order Denying Defendants' Motion for Protective Order. This Order denied Defendants' request to recuse Frances Angel from depositions based on Ms. Angel's medical condition because without sufficient information about Ms. Angel's condition, the Court could not find that the condition justified the extraordinary step of completely prohibiting her deposition. *See doc. 110* at 2. For their Motion, Defendants presented additional information about Ms. Angel's medical condition to the Court via electronic communication, but they did not make this information available to Plaintiffs. The Court cannot consider ex parte communications when ruling on Defendants' Motion.

IT IS THEREFORE ORDERED that Defendants' Motion for Reconsideration is DENIED without prejudice.  If Defendants wish for the Court to consider the additional medical information, they may refile their motion for reconsideration under seal (case participants only) with the documentation about Ms. Angel's medical condition attached.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE