IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE GOLDEN and ANTHONY
YBARRA, *individually and on
behalf of all others similarly situated*,

      Plaintiffs,

v.                                                             Civ. No. 22-579 GJF/GBW

QUALITY LIFE SERVICES, LLC, *et al.*,

      Defendants.

## **AMENDED PRETRIAL SCHEDULING ORDER**

THIS MATTER comes before the Court on the parties' Proposed Amended Pretrial Order which was submitted via electronic communication pursuant to the Honorable Gregory Fouratt's Order granting Plaintiffs' Renewed Opposed Motion to Certify Class. *Doc. 148*. The Court will enter the following pretrial deadlines in this case:

### **Rule 23 Class Notice**

The Rule 23 Class Notice shall be sent out no later than **December 18, 2023.** The opt-out period will close on **February 16, 2024.**

Plaintiffs shall provide Defendants with an official list of opt-out individuals no later than **February 22, 2024.**

**Discovery**

Discovery in this case concluded on October 6, 2023. Discovery shall not be reopened except to resolve several outstanding discovery matters according to the following provisions:

(1) Plaintiffs will be permitted to depose Frances Angel as described in the Order Denying Defendants' Amended Motion for Reconsideration (*doc. 142*).

(2) Defendants shall produce the remaining material responsive to Request for Production Nos. 3 and 6 for all members of the Fed. R. Civ. P. 23 class **within sixty (60) days** of the date on which Plaintiffs provide Defendants with the official list of opt-out individuals.

(3) Plaintiffs may file a discovery motion related to the 30 written deposition questions that Plaintiff propounded to each of the two primary Defendants pursuant to the Court's order at the October 25, 2023, status conference. *Doc. 141* at 3. This motion shall be filed **within fourteen (14) days of the entry of this Order.**

(4) Defendants may file a motion for leave to seek limited discovery on Rule 23 class members.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE