UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JORGE GOLDEN and ANTHONY
YBARRA, Individually and On Behalf of
All Others Similarly Situated,

Plaintiffs,

v.  Case No. 2:22-cv-579-GJF-GBW

QUALITY LIFE SERVICES, LLC,
APRIL LINCON AND SALLY
CHAVEZ, INDIVIDUALLY,

Defendants.

## ORDER ON JOINT MOTION
## TO APPROVE CLASS ACTION SETTLEMENT

THIS MATTER came before the Court on the Parties' Joint Motion to Approve Class Action Settlement (Motion). ECF 194. Having considered the Motion and otherwise being fully advised, the Court finds and concludes that the Motion is well-taken and shall be **GRANTED**. Accordingly, **IT IS ORDERED** as follows:

1. The Court hereby preliminarily approves the Settlement Agreement attached as Exhibit 1 to the Parties' Motion, including all material terms.

2. The Court hereby approves the Notice of Settlement Form attached to the Parties' Motion as Exhibit 2 as well as the method of dissemination of the Notice set forth in the Agreement. The Court finds that the Notice is reasonable, adequate, and sufficient notice to Class Members, constituting the best notice practicable under the circumstances, and fully compliant with the requirements of Federal Rule of Civil Procedure 23 and constitutional due process.

5.      The Court hereby orders that the Written Objection Deadline shall be forty-five (45) days from the date that Notice is mailed and emailed.

6.      It is hereby ordered that the Settlement Administrator shall transmit the Notice of Settlement approved by the Court to Class Members to inform them of the principal terms of the Settlement and to advise them of the opportunity to opt-out of or object to the Settlement within forty-five (45) days of the date the Notice is mailed.

7.      The Court will conduct a Final Approval Hearing via Zoom on October 10, 2024, beginning at 9:00 a.m. MDT.[1] Counsel are instructed to include this hearing information with the Notice of Settlement Form.

8.      Counsel shall also include in ¶ 7 of the Notice of Settlement Form (a) an objection deadline of September 26, 2024, and (b) the mailing address for any such objection(s) as: "Clerk of Court, United States District Court, 100 N. Church Street, 2d Floor, Las Cruces, NM 88001."

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1618833424

Meeting ID: 161 883 3424
Passcode: 675715

Respectfully submitted,

**WELMAKER LAW, PLLC**

*/s/ Douglas B. Welmaker*
**Douglas B. Welmaker**
New Mexico Federal Bar ID 22-213
409 North Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048

AND

**BENOIT LEGAL, PLLC**
The Law Center
311 Montana, Suite B
El Paso, Texas 79902
(915) 532-5544
Fax (915) 532-5566

*/s/ Christopher Benoit*
**Christopher Benoit**
New Mexico No. 15097
chris@coylefirm.com
AND

**MOODY & STANFORD, P.C.**

*/s/ Repps D. Stanford (by permission)*
Repps D. Stanford
Christopher M. Moody
8500 Menaul NE, Ste. A-210
Albuquerque, NM 87112
Mailing Address: P.O. Box 91853
Albuquerque, NM 87199
(505) 944-0033
stanford@nmlaborlaw.com
moody@nmlaborlaw.com

**Attorneys for Defendants**