IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| JORGE GOLDEN, Individually and On Behalf of All Others Similarly Situated, § § § | |
| Plaintiffs, § § | |
| v. § § | CA No. 2:22-cv-579-GJF-GBW |
| QUALITY LIFE SERVICES, LLC, APRIL LINCON AND SALLY CHAVEZ, INDIVIDUALLY, § § § § | |
| Defendants. § § | |

## PLAINTIFFS' NOTICE OF MAILING/EMAILING OF CLASS ACTION SETTLEMENT

Named Plaintiffs Jorge Golden and Anthony Ybarra hereby notify the Court that a copy of the Court-approved Class Action Settlement Notice was sent out by First Class U.S. Mail on Thursday, August 8, 2024 and via email on Friday, August 9, 2024.

Respectfully submitted,

**WELMAKER LAW, PLLC**

*/s/ Douglas B. Welmaker*
**Douglas B. Welmaker**
New Mexico Federal Bar ID 22-213
409 North Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048

AND

**BENOIT LEGAL, PLLC**
311 Montana Ave., Ste B
El Paso, Texas 79902
(915) 532-5544
Fax (915) 532-5566

*/s/ Christopher Benoit*
**Christopher Benoit**
New Mexico No. 15097
chris@coylefirm.com

## CERTIFICATE OF SERVICE

I certify that I filed this document using the Court's CM-ECF electronic filing service on August 9, 2024, which will notice all parties to this case.

/s/ *Douglas B. Welmaker*
Douglas B. Welmaker